UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJINDER SINGH,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of the Otay Mesa Detention Center, et al.,<br><br>                                    Respondents. | Case No.:  26-CV-1655 JLS (SBC)<br><br>**ORDER DENYING REQUEST FOR ATTORNEY'S FEES WITHOUT PREJUDICE AND DISMISSING CASE** |

On April 6, 2026, the Court granted in part Petitioner's Petition for Writ of Habeas Corpus ("Order," ECF No. 7), and Petitioner was released on bond (ECF No. 8). Petitioner's counsel requested attorney's fees under the Equal Access to Justice Act ("EAJA").  *See* ECF No. 1 at 15.  In the Court's Order, Petitioner's counsel was given thirty (30) days from the date of the Order to "submit an attorney fee application and corresponding billing records."  Order at 3.  Thirty days have come and gone, and Petitioner's counsel has not submitted an attorney fee application.  *See generally* Docket.

/ / /

/ / /

/ / /

/ / /

26-CV-1655 JLS (SBC)

Therefore, counsel's request for attorney's fees is **DENIED WITHOUT PREJUDICE**.  As this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated:  May 18, 2026

Hon. Janis L. Sammartino
United States District Judge

26-CV-1655 JLS (SBC)